8/20/19

Dear Your Honor,

CV-18-4901-PHX-SMB (ESW)

I am writing you this letter to ask that you allow me a more time to respond to the status motion because I am having problems here in prison at Barchey Unit where I am at with being able to view the DVD the courts sent me so I can write up my own motion back in response the State sent me I have been trying for the past month to view it & all the guards do is give me excuses & run around I ask that you court order for Barchey Unit to allow me to view the DVD the State mailed me so I can respond back to they so my civic suit is not get dismissed.

Sincerely,

Ahone.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4, 7.1(a)(1), GO 14-17
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 17 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY