Sarah M. Staudinger (#032696)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211-1466
Telephone: (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendant Austin Figueroa

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shone Dieoute Gholston,<br><br>  Plaintiff,<br><br>vs.<br><br>Mesa Police Department, et al.,<br><br>  Defendants. | Case No. CV-18-04901-PHX-SMB (ESW)<br><br>**DEFENDANT AUSTIN FIGUEROA'S RESPONSE TO PLAINTIFF'S REQUEST FOR AN ORDER ALLOWING HIM TO VIEW A DVD** |

On June 20, 2019, Defendant mailed a disclosure statement to Plaintiff, including a DVD of body camera footage. On September 17, 2019, Plaintiff filed a request (Doc. 19) that the Court order the ASPC where Plaintiff is incarcerated to allow Plaintiff to view the DVD, so that Plaintiff can respond to a "motion." To date, Defendant has not filed a motion requiring a response from Plaintiff. Since Plaintiff is not required to respond to Defendant's disclosure statement, Defendant moves that Plaintiff's request contained in Document 19 is denied.

Dated this 1st day of October, 2019.

　　　　　　　　　　　　　　　　　　/s/ Sarah M. Staudinger
　　　　　　　　　　　　　　　　　　Sarah M. Staudinger
　　　　　　　　　　　　　　　　　　Assistant City Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Shone Dieoute Gholston, #143259
ASPC – Lewis - Barchey Unit 4F10L
P.O. Box 3200
Buckeye, Arizona 85326
*Pro Se Plaintiff*

/s/ Toni Bell