**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shone Dieoute Gholston,<br><br>Plaintiff,<br><br>v.<br><br>Mesa Police Department, et al.,<br><br>Defendants. | No. CV-18-04901-PHX-SMB (ESW)<br><br>**ORDER** |

On January 28, 2019, Plaintiff Shone Dieoute Gholston, who was previously confined in a Maricopa County Jail, filed a pro se civil rights Amended Complaint pursuant to 42 U.S.C. § 1983, alleging a Fourth Amendment excessive force claim. The Court screened Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendant Figueroa to answer (Doc. 10 at 5). On May 21, 2019, Defendant Figueroa filed an Answer (Doc. 15), and all issues are joined. A Scheduling Order issued May 22, 2019 has set October 18, 2019 as the discovery deadline for this case (Doc. 16 at 2).

Pending before the Court is Plaintiff's letter filed September 17, 2019 (Doc. 19) and "Defendant Austin Figueroa's Response to Plaintiff's Request for an Order Allowing Him to View a DVD" (Doc. 21). In his letter, Plaintiff requests an extension of time to respond to "the status motion." Plaintiff also requests that the Court order that the Arizona Department of Corrections allows the Plaintiff to view the DVD "the Courts sent me." The Court did not send the Plaintiff a DVD. However, the Defendant states in his Response

that a DVD was sent to the Plaintiff by the Defendant on June 20, 2019 as a part of initial disclosures in the case (Doc. 21 at 1).

Because the Arizona Department of Corrections is not a party to this lawsuit, the Court cannot provide the injunctive relief requested through this case. In addition, a review of the docket reflects that no "status motion" or any other motion has been filed by the Defendant for which Plaintiff would need an extension of time to respond.

For the reasons set forth above,

**IT IS ORDERED** denying Plaintiff's requests set forth in his letter filed September 17, 2019 (Doc. 19).

Dated this 24th day of October, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge