SHONE DIEOUTE GHOLSTON

                    PLAINTIFF,

        V.

MESA POLICE DEPARTMENT, ET. al.

                    DEFENDANTS,

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIVIL 547,(6)(1)
(Rule Number/Section)

FILED ___ LODGED  07/02/2020
RECEIVED ___ COPY

JUL 0 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

NO. CV.18-04901-PHX-SMB (ESW)

MOTION FOR CLAIRIFICATION

~~MOTION FOR CLARIFICATION~~

PLAINTIFF SHONE DIEOUTE GHOLSTON WHO IS CONFINED
IN THE ARIZONA STATE PRISON COMPLEX - LEWIS
AS THE COURT TO PLEASE SEND ME A WRITTEN
REPLY NOTIFYING ME WHEN I AM SCHEDULED
TO HAVE MY ~~SETTE~~ SETTLEMEN CONFERENCE
INFRONT OF MAGISTRATE JUDGE BURNS VIA
BY WAY OF A CONFERENCE PHONE CALL
BECAUSE PLAINTIFF RECIEVED COURT ORDER
FILED 06/22/20 FROM JUDGE BRNOVICH
BUT THE COURT ORDER ONLY STATES
FOR ~~DEFENDANTS~~ DEFENSE COUNSEL TO
APPANGE FOR THE RELEVANT PARTIES TO JOINTLY
CALL MAGISTRATE JUDGE BURN'S

②

CHAMBER'S AT (602).322.7610
WITHIN 14 DAYS TO SCHEDULE A DATE
FOR THE SETTLEMENT CONFERENCE
DATED THIS 22ND DAY OF JUNE, 2020
SIGNED BY HONORABLE SUSAN M-BRNOVICH
UNITED STATES DISTRICT JUDGE.

BUT DEFENSE COUNSEL HAS YET TO NOTIFY
ME WHAT DATE WAS DETERMINED BY
THE COURTS TO BE THE EXACT DATE OF OR
APPROXIMATE TIME I AM TO HAVE MY SETTLEMENT
CONFERENCE INFRONT OF MAGISTRATE JUDGE BURN'S
BY WAY OF A CONFERENCE CALL OVER
THE PHONE SO PLAINTIFF SENDS
HAS ATTEMPTED TO WRITE A MOTION
FOR CLARIFICATION TO ASK THAT
THE COURT SEND ME A WRITTEN REPLY
TO THIS MOTION FOR CLARIFICATION
OF WHEN IS THE DATE & APPROXIMATE
TIME I AM SCHEDULED TO HAVE MY
SETTLEMENT MENT CONFERENCE IN FRONT
OF MAGISTRATE JUDGE BURNS

BECAUSE DEFENSE COUNSEL HAS NEGLECTED
TO CONTACT ME & NOTIFY ME WHEN IT IS
& OR THE COURT FOR THIS MATTER ASWELL ALSO

Thx.

*Shone A*

MY ADDRESS:

SHONE D. GHOLSTON #143289
A·S·P·C·-LEWIS
RAST-CLOSE/2 C*13
P.O. BOX # 3600
BUCKEYE, AZ 85326