# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shone Dieoute Gholston,<br><br>  Plaintiff,<br><br>v.<br><br>Mesa Police Department, et al.,<br><br>  Defendants. | No. CV-18-04901-PHX-SMB (ESW)<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Clarification (Doc. 34), informing the Court that defense counsel has not initiated a joint conference call to the settlement Magistrate Judge as ordered (Doc. 32 at 14). No settlement conference has been set.

IT IS ORDERED granting Plaintiff's Motion for Clarification (Doc. 34).

IT IS FURTHER ORDERED that defense counsel either contact Judge Burns' chambers as ordered or show cause no later than **July 31, 2020** why sanctions should not be imposed for failure to "arrange for the relevant Parties to jointly call Magistrate Judge Burns' chambers at (602) 322-7610 within 14 days to schedule a date for the settlement conference." (Doc. 34 at 14).

Dated this 17th day of July, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge